

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00560-CV

**EX PARTE RAMON DIANA PEREZ**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06017
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

Delivered and Filed:  October 17, 2018

REVERSED IN PART AND REMANDED

This is an appeal in an expunction matter.  On August 17, 2018, appellant, the Texas Department of Public Safety, and appellee, Ramon Diana Perez, filed a joint motion asking this court to reverse the order of expunction in its entirety and render judgment in favor of appellant with regard to the October 2006 arrest only.

After review, we grant in part the parties' joint motion to reverse and render.  We set aside the trial court's order of expunction with regard to the October 2006 arrest only and remand to the trial court for further proceedings consistent with this opinion.  *See* TEX. R. APP. P. 42.1(a)(2)(B). Pursuant to the parties' agreement, we order that appellee bear all costs of this appeal.  *See id*. at R. 43.4.

PER CURIAM